# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DENNY GRUENDNER,**

      **Plaintiff,**

**v.**                                                       Case No:  6:11-cv-1583-Orl-22GJK

**DOUCE FRANCE BAKERY, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. No. 37) filed on July 11, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 16, 2012 (Doc. No. 39), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice is hereby GRANTED to the extent the Court finds the parties' settlement is fair and reasonable.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record